IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 341 MR WCM

| | | |
|---|---|---|
| GREGORY R. BANTIN,<br>JULIE L. BANTIN | )<br>)<br>) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION,<br>ARMSTRONG INTERNATIONAL, INC.,<br>AURORA PUMP COMPANY,<br>CARRIER CORPORATION, CRANE CO.,<br>FMC CORPORATION, HOPEMAN<br>BROTHERS, INC., IMO INDUSTRIES, INC.,<br>MCNALLY INDUSTRIES, LLC,<br>METALCLAD INSULATION LLC,<br>METROPOLITAN LIFE INSURANCE<br>COMPANY, VELAN VALVE CORP.,<br>WARREN PUMPS, LLC, WEIR VALVES &<br>CONTROLS USA, INC., THE WILLIAM<br>POWELL COMPANY | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| Defendants. | )<br>)<br>) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 9) filed by William M. Graham. The Motion indicates that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiffs and that he seeks the admission of Ethan A. Horn, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 9) and **ADMITS** Ethan A. Horn to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 15, 2020

W. Carleton Metcalf
United States Magistrate Judge

2

Case 1:20-cv-00341-MR-WCM   Document 11   Filed 12/15/20   Page 2 of 2