IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 341 MR WCM

| | | |
|---|---|---|
| GREGORY R. BANTIN, JULIE L. BANTIN | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| AIR & LIQUID SYSTEMS CORPORATION, ARMSTRONG INTERNATIONAL, INC., AURORA PUMP COMPANY, CARRIER CORPORATION, CRANE CO., FMC CORPORATION, HOPEMAN BROTHERS, INC., IMO INDUSTRIES, INC., MCNALLY INDUSTRIES, LLC, METALCLAD INSULATION LLC, METROPOLITAN LIFE INSURANCE COMPANY, VELAN VALVE CORP., WARREN PUMPS, LLC, WEIR VALVES & CONTROLS USA, INC., THE WILLIAM POWELL COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 55) filed by James M. Dedman, IV. The Motion indicates that Mr. Dedman, a member in good standing of the Bar of this Court, is local counsel for Hopeman Brothers, Inc. and that he seeks the admission of Daniel B. White, who the Motion represents as being a member in good standing of the Bar of the State of South Carolina. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 55) and **ADMITS** Daniel B. White to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 4, 2021

W. Carleton Metcalf
United States Magistrate Judge