IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 341 MR WCM

| | | |
|---|---|---|
| GREGORY R. BANTIN, JULIE L. BANTIN | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| AIR & LIQUID SYSTEMS CORPORATION, ARMSTRONG INTERNATIONAL, INC., AURORA PUMP COMPANY, CARRIER CORPORATION, CRANE CO., FMC CORPORATION, HOPEMAN BROTHERS, INC., IMO INDUSTRIES, INC., MCNALLY INDUSTRIES, LLC, METALCLAD INSULATION LLC, METROPOLITAN LIFE INSURANCE COMPANY, VELAN VALVE CORP., WARREN PUMPS, LLC, WEIR VALVES & CONTROLS USA, INC., THE WILLIAM POWELL COMPANY | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 62) filed by Christopher J Derrenbacher. The Motion indicates that Mr. Derrenbacher, a member in good standing of the Bar of this Court, is local counsel for Metalclad Insulation LLC and that he seeks the admission of Otto Holz, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 62) and **ADMITS** Otto Holz to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 12, 2021

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge