# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:20-cv-00341-MR-WCM

| | |
|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, ) ) ) Plaintiffs, ) ) vs. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss With Prejudice as to Defendant Aurora Pump Company. [Doc. 74].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 74] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Aurora Pump Company are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Signed: July 27, 2021

Martin Reidinger
Chief United States District Judge