IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 341 MR WCM

| | | |
|---|---|---|
| GREGORY R. BANTIN, <br> JULIE L. BANTIN <br><br> Plaintiffs, <br> v. <br><br> AIR & LIQUID SYSTEMS CORPORATION, <br> ARMSTRONG INTERNATIONAL, INC., <br> CARRIER CORPORATION, <br> CRANE CO., <br> FMC CORPORATION, <br> IMO INDUSTRIES, INC., <br> MCNALLY INDUSTRIES, LLC, <br> VELAN VALVE CORP., <br> WARREN PUMPS, LLC, <br> WEIR VALVES & CONTROLS USA, INC., <br> THE WILLIAM POWELL COMPANY <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 87) filed by Allison Becker. The Motion indicates that Ms. Becker, a member in good standing of the Bar of this Court, is local counsel for Velan Valve Corp. and that she seeks the admission of Mark Tuvim, who the Motion represents as being a member in good standing of the Bar of the State of Washington. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 87) and **ADMITS** Mark Tuvim to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 12, 2021

W. Carleton Metcalf
United States Magistrate Judge

2