IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 341 MR WCM

| | | |
|---|---|---|
| GREGORY R. BANTIN, | | |
| JULIE L. BANTIN | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| | ) | |
| AIR & LIQUID SYSTEMS CORPORATION, | ) | |
| ARMSTRONG INTERNATIONAL, INC., | ) | |
| CARRIER CORPORATION, | ) | |
| CRANE CO., | ) | |
| FMC CORPORATION, | ) | |
| IMO INDUSTRIES, INC., | ) | |
| MCNALLY INDUSTRIES, LLC, | ) | |
| VELAN VALVE CORP., | ) | |
| WARREN PUMPS, LLC, | ) | |
| WEIR VALVES & CONTROLS USA, INC., | ) | |
| THE WILLIAM POWELL COMPANY | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 89) filed by Joshua H. Bennett. The Motion indicates that Mr. Bennett, a member in good standing of the Bar of this Court, is local counsel for Warren Pumps, LLC and that he seeks the admission of Stephen Corcoran, who the Motion represents as being a member in good standing of the Bar of the State of California. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 89) and **ADMITS** Stephen Corcoran to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 13, 2021

W. Carleton Metcalf
United States Magistrate Judge