THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00341-MR-WCM

| | |
|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AIR & LIQUID SYSTEMS CORPORATION, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss. [Doc. 106].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 106] is **GRANTED**, and all the Plaintiffs' claims against the Defendant The William Powell Company are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Signed: January 3, 2022

Martin Reidinger
Chief United States District Judge