THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00341-MR-WCM

| | |
|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    **O R D E R** <br>) |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Air & Liquid Systems Corporation. [Doc. 112].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 112] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Air & Liquid Systems Corporation are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: January 20, 2022

Martin Reidinger
Chief United States District Judge