THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:20-cv-00341-MR-WCM

| | |
|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, ) ) ) Plaintiffs, ) ) vs. ) ) AIR & LIQUID SYSTEMS ) CORPORATION, et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Crane Co. Only. [Doc. 114].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 114] is **GRANTED**, and all the Plaintiffs' claims against the Defendant Crane Co. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: May 19, 2022

Martin Reidinger
Chief United States District Judge