# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, | ) ) ) | JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:20-cv-00341-MR-WCM |
| vs. | ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 5, 2022 Order.

August 5, 2022

Frank G. Johns, Clerk
United States District Court