# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION

| | | |
|---|---|---|
| GREGORY R. BANTIN and JULIE L. BANTIN, | ) ) ) | AMENDED JUDGMENT IN CASE |
| Plaintiffs, | ) ) | 1:20-cv-00341-MR-WCM |
| vs. | ) ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) **)** | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court on Defendant Weir Valves & Controls USA, Inc., individually and as successor to Atwood & Morrill Co. Inc.'s Motion for Summary Judgment and a decision having been rendered

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered as to Defendant Weir Valves & Controls USA, Inc., individually and as successor to Atwood & Morrill Co. Inc. in accordance with the Court's June 28, 2022 Memorandum of Decision and Order.

September 1, 2022

Frank G. Johns, Clerk
United States District Court